THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANNON ATKINSON and CAROLUN A. ALLRED,<br><br>Defendants. | No. 3:11-cv-05369-RBL<br><br>ORDER OF DISMISSAL OF PLAINTIFF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA |

Upon joint motion to deposit funds and dismiss The Prudential Insurance Company of America, Defendants Shannon Atkinson and Carolyn A. Allred (collectively, the "Adverse Claimants") and Plaintiff The Prudential Insurance Company of America ("Prudential"), seek an Order directing Prudential to pay proceeds in the amount of $326,000, which represents $82,000 in Basic coverage and $244,000 in Optional coverage (collectively, the "Death Benefit"), plus claim interest, if any, payable in connection with a certain policy of insurance insuring the life of Jerry E. Atkinson under Group Life Insurance Policy number G-46725 (the "Plan"), which was issued by Prudential to employees of Sonoco Products Company into an interest-bearing account with the Court, and discharging Prudential of all liability and dismissing with prejudice all claims

against Prudential relating to the Plan and/or the Death Benefit, and the Court having considered the application of counsel, and for good cause having been shown;

**IT IS ORDERED** as follows:

1. That Prudential shall deposit with this Court a check in the amount of $82,000, representing the Plan's Basic coverage, plus claim interest, if any, and a check in the amount of $244,000, representing the Plan's Optional coverage, plus claim interest, if any, which collectively represents the full amount of the Death Benefit payable under the Plan insuring the life of Jerry E. Atkinson;

2. That the Clerk of this Court shall deposit the Death Benefit paid into Court by Prudential in an interest-bearing account and maintain the same pending further orders of the Court;

3. That upon deposit of the Death Benefit with the Court, Prudential shall be, and hereby is, dismissed from the above-captioned action with prejudice and discharged from any and all liability to the Adverse Claimants relating to the Plan and/or the Death Benefit, and for the Adverse Claimants to be, and hereby are, permanently enjoined from making any further actual or implied claims, demands and causes of action, asserted or unasserted, express or implied, foreseen or unforeseen, real or imaginary, suspected or unsuspected, known or unknown, liquidated or unliquidated, of any kind or nature or description whatsoever, that Adverse Claimants, jointly and severally, ever had, presently have, may have, or claim or assert to have, or hereinafter have, may have, or claim or assert to have, against Prudential with respect to the Plan or the payment of the Death Benefit under the Plan; and

4.  That any and all claims against Prudential relating to the Plan and/or the Death Benefit be, and the same hereby are, dismissed with prejudice and without costs to any party.

This 8th day of August, 2011.

*Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

/s/
Stephanie Andersen, WSBA #22250
Gordon & Polscer, L.L.C.
1000 Second Avenue, Suite 1500
Seattle, WA 98104
(206) 223-4226
sandersen@gordon-polscer.com
*Counsel for Plaintiff The Prudential Insurance Company of America*


/s/ - via email on July 19, 2011
Barry Kombol, Esq., WSBA #1845
Law Offices of Rainier Legal Center, Inc. P.S>
31615 Maple Valley Highway
PO Box 100
Black Diamond, WA 98010
(360) 886-2868
*Counsel for Defendant Shannon Atkinson*

and

/s/ - via email on June 23, 2011
George S. Kelley, WSBA #2981
PO Box 1901
1105 Tacoma Avenue S
Tacoma, WA 98401-1901
(253) 572-3074
*Counsel for Defendant Carolyn A. Allred*

ORDER OF DISMISSAL OF PLAINTIFF THE
PRUDENTIAL INSURANCE COMPANY OF
AMERICA - 3
H:\ORDERS\Prudential Proposed Order of Dismissal.Prudential.doc